

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER OF REINSTATEMENT

Appellate case name:      Jamelle Andrea Peterkin v. The State of Texas

Appellate case number:    01-18-01090-CR

Trial court case number:  1548100

Trial court:              351st District Court of Harris County

On October 1, 2019, the Court abated this appeal to allow appellant, Jamelle Andrea Peterkin, to file a motion for new trial in the trial court. On December 30, 2019, the trial court clerk filed a supplemental clerk's record indicating that the trial court denied appellant's motion for new trial. Accordingly, we **reinstate** this appeal.

Appellant may file a supplemental brief of any issue relating to the trial court's denial of her motion for new trial **within 30 days of the date of this order**.

It is so ORDERED.


Judge's signature:    _/s/  Evelyn V. Keyes_____
                      ☑ Acting individually    ☐ Acting for the Court


Date:  ____January 9, 2020___